Opinion issued February 2, 2024



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00066-CV

———————————

## IN RE MOSAIC BAYBROOK ONE, LP, MOSAIC BAYBROOK TWO, LP, AND MOSAIC RESIDENTIAL, INC., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators have filed a petition for writ of mandamus compelling the trial court to dismiss the underlying case for lack of jurisdiction.[1] We deny the petition. Relators' motion for emergency stay is dismissed as moot.

### PER CURIAM

Panel consists of Justices Goodman, Countiss, and Farris.

---

[1] The underlying case is *Paul Simien v. Baybrook Village, et al.*, cause number 2017-08379, pending in the 133rd District Court of Harris County, Texas, the Honorable Jaclanel McFarland presiding.